**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No.: 17-22468-GLT |
|    Brian D. Matson and | : | Chapter 13 |
|    Angela M. Matson, | : | |
|        Debtors. | : | |
| | : | |
| | | Related to Docket No. 41 |
|    Brian D. Matson and | : | |
|    Angela M. Matson, | : | |
|        Movants, | : | |
| | : | |
| v. | : | |
| | : | |
| PennyMac Loan Services, LLC | : | |
| and Fay Servicing, LLC, | : | |
|        Respondents. | : | |

**ORDER SUBSTITUTING LMP SERVICER**

On September 12, 2017 the above named Debtors filed a *Motion for Loss Mitigation* upon which the Court entered a *Loss Mitigation Order* dated September 27, 2017, at Document No. 33, naming PennyMac Loan Services, LLC ("Former Servicer") as the Party responsible for representing the creditor in the LMP and setting forth certain deadlines for the then named Respondent.

Subsequent to entry of the above-referenced Order, the Debtors were notified that the Former Servicer changed and that the current Servicer/Lender is Fay Servicing, LLC with an address of P.O. Box 809441, Chicago, IL 60680-9441 or 440 S. LaSalle, Suite 2000, Attn.: Customer Service Department, Chicago, IL 60605 ("Current Servicer").  On October 9, 2017, the Debtors complied with all of their obligations to properly designate the Current Servicer on the LMP Portal and now it is incumbent on the Court to relieve the Former Servicer from any further responsibilities under the current *Loss Mitigation Order* and formally transfer those duties, responsibilities and obligations to the Current Servicer.

*AND NOW,* this _10th Day of October_ ___ 2017, for the foregoing reasons it is hereby **ORDERED**, **ADJUDGED and DECREED** that:

(1) PennyMac Loan Services, LLC is relieved from any further responsibility pursuant to the *Loss Mitigation Order* referred to above and that *Order* is **VACATED** as to it.

(2) Fay Servicing, LLC is now designated as the Current Servicer responsible for completion of all LMP duties, responsibilities and obligations previously imposed on the Former Servicer referred to in Paragraph 1, above. The Current Servicer is now fully responsible for compliance with all LMP requirements as if originally designated in the *Loss Mitigation Order* in the first instance.

(3) Within three (3) days of entry of this *Order*, the party filing this proposed order shall upload this signed *Order* on the LMP Portal and serve this *Order* electronically on the Chapter 13 Trustee at the following email address: **LMP@chapter13trusteewdpa.com.** The Debtors shall not be entitled to rely on CM/ECF or United States Mail for service of this *Order* on the Chapter 13 Trustee. The Debtor(s) Certificate of Service shall reflect service upon the above identified email address.

(4) The Chapter 13 Trustee is authorized and directed to make payments to Fay Servicing, LLC, beginning with the next distribution date that is not less than ten (10) days from service of this *Order* upon the Chapter 13 Trustee.

_____
UNITED STATES BANKRUPTCY JUDGE

Case administrator to serve:
    Debtors
    Counsel for Debtors
    Ronda J. Winnecour, Esq. Chap. 13 Trustee
    Counsel for Creditor

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Brian D. Matson
Angela M. Matson
    Debtors

Case No. 17-22468-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: bsil      Page 1 of 1      Date Rcvd: Oct 10, 2017
                       Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2017.
db/jdb       +Brian D. Matson,   Angela M. Matson,   1410 Route 286,   Export, PA 15632-1958
              +Fay Servicing, LLC,   P.O. Box 809441,   Chicago, IL 60680-9441

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2017 at the address(es) listed below:
        Jill Manuel-Coughlin   on behalf of Creditor   PennyMac Loan Services, LLC jill@pkallc.com,
     chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
        Matthew M. Herron   on behalf of Joint Debtor Angela M. Matson mmh@thedebtdoctors.com,
     hgs@thedebtdoctors.com;alb@thedebtdoctors.com
        Matthew M. Herron   on behalf of Debtor Brian D. Matson mmh@thedebtdoctors.com,
     hgs@thedebtdoctors.com;alb@thedebtdoctors.com
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
        S. James Wallace   on behalf of Creditor   Peoples TWP LLC sjw@sjwpgh.com,
     srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                       TOTAL: 6