**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| Brian D. Matson and | : | Case No.: 17-22468-GLT |
| Angela M. Matson, | : | |
|     *Debtors.* | : | Chapter 13 |
| | : | |
| Brian D. Matson and | : | Doc. No.: |
| Angela M. Matson, | : | |
|     *Movants,* | : | Related to Doc. No.: 50 |
| | : | |
|     v. | : | |
| | : | |
| Fay Servicing, LLC, | : | |
|     *Respondent.* | : | |

**CERTIFICATE OF SERVICE**

I, Heather Seitz, Paralegal, of The Debt Doctors at Quatrini Rafferty, 941 Penn Avenue, Suite 101, Pittsburgh, PA 15222 certify as follows:

That I am and at all times hereinafter mentioned was more than 18 years of age:

That on the 28th day of December 2017

I served a copy of:    **Modified Order Granting Proposed Order RE: Interim Mortgage Modification Order Signed on 12/26/2017**

RE:    Brian D. Matson        Case No.: 17-22468-GLT
       Angela M. Matson        Chapter 13

ON:    Fay Servicing
       bkyecf@rasflaw.com

       Chapter 13 Trustee LMP
       LMP@chapter13trusteewdpa.com

BY:    Electronic Notification

I certify under the penalty of perjury that the foregoing is true and correct.

Date: December 28, 2017               */s/ Heather Seitz*
                                                          Heather Seitz, Paralegal
                                                          The Debt Doctors at Quatrini Rafferty
                                                          941 Penn Avenue, Suite 101
                                                          Pittsburgh, PA 15222
                                                          (412) 395-6001