# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

**Debtor:** BRIAN D. & ANGELA M. MATSON
**Case Number:** 17-22468-GLT    **Chapter:** 13
**Date / Time / Room:** THURSDAY, DECEMBER 21, 2017 11:30 AM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
12/29/17 1:56 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#15 - Final Confirmation of Plan Dated 7/10/2017 (NFC)
R / M #: 15 / 0

### *Appearances:*   Amy Buchanan

Debtor:
Trustee: Winnecour / Bedford / Pail / Katz
Creditor: Amy Buchanan    Natalie D'Antonio — FCU
                          Westmoreland Community

### *Proceedings:*

Outcome: Continued

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 6-14-18 at 10:00 AM.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other: