**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| Brian D. Matson and | : | Case No.: 17-22468-GLT |
| Angela M. Matson, | : | |
| *Debtors.* | : | Chapter 13 |
| | : | |
| Brian D. Matson and | : | Doc. No.: |
| Angela M. Matson, | : | |
| *Movants,* | : | Related to Doc. No.: 55 |
| | : | |
| v. | : | |
| | : | |
| Fay Servicing, LLC, | : | |
| *Respondent.* | : | |

## CERTIFICATE OF SERVICE

I, Heather Seitz, Paralegal, of The Debt Doctors at Quatrini Rafferty, 941 Penn Avenue, Suite 101, Pittsburgh, PA 15222 certify as follows:

That I am and at all times hereinafter mentioned was more than 18 years of age:

That on the 8th day of May 2018

I served a copy of:    **LOSS MITIGATION FINAL REPORT AND PORTAL ACCOUNT HISTORY**

RE:    Brian D. Matson                                  Case No.: 17-22468-GLT
       Angela M. Matson                                 Chapter 13

ON:    KML Law Group                                    Fay Servicing, LLC
       Attorney for Creditor                            3000 Kelway Drive, Ste 150
       701 Market Street                                Carrollton, TX 75006
       #5000
       Philadelphia, PA 19106

       Brian and Angela Matson
       1410 Route 286
       Export, PA 15632

       Ronda Winnecour, Trustee                         US Trustee
       3250 USX Tower                                   970 Liberty Center
       600 Grant Street                                 1001 Liberty Avenue
       Pittsburgh, PA 15219                             Pittsburgh, PA 15222
       cmecf@chapter13trusteewdpa.com                   ustpregion03.pi.ecf@usdoj.gov
       *Via electronic notification*                    *Via electronic notification*

BY:    Regular First Class U.S. Mail and Electronic Notification

I certify under the penalty of perjury that the foregoing is true and correct.

Date:  May 10, 2018                                     /s/ *Heather Seitz*_____
                                                        Heather Seitz, Paralegal
                                                        The Debt Doctors at Quatrini Rafferty
                                                        941 Penn Avenue, Suite 101
                                                        Pittsburgh, PA 15222
                                                        (412) 395-6001