# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

**_Conciliation Conference:_**

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | BRIAN D. & ANGELA M. MATSON | | |
| **Case Number:** | 17-22468-GLT | **Chapter:** | 13 |
| **Date / Time / Room:** | THURSDAY, JUNE 14, 2018 10:00 AM | 3251 US STEEL | |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE | | |

**_Matter:_**

#15 - Continued Confirmation of Plan Dated 7/10/2017 (NFC)
R / M #:  15 / 0

**_Appearances:_**

Buchanon

Debtor:
Trustee: Winnecour / Pail / Katz / DeSimone

Creditor:

N. D'Antonio –
Westmoreland
Comm Fee.

**_Proceedings:_**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____ effective _____.
7. __X__ Plan/Motion continued to _10/11/18_ at _11:00_.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set  for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

6/7/2018    2:58:02PM