FILED
6/21/18 9:50 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 17-22468-GLT |
| | : | Chapter: | 13 |
| Brian D. Matson | : | | |
| Angela M. Matson | : | | |
| | : | Date: | 6/20/2018 |
| *Debtor(s).* | : | Time: | 11:00 |

## PROCEEDING MEMO

**MATTER:**     #55 - Status Conference on Loss Mitigation

**APPEARANCES:**

| | |
|---|---|
| Debtor: | Amy Buchanan |
| Trustee: | Jana Pail |
| Creditor: | Lauren Karl |

**NOTES:**

Buchanan: Filed a final report terminating the trial modification because the Debtors missed a payment. Ms. Matson did not receive a job offer she had hoped for that would have doubled her salary. Will refile for a new loan modification if the creditor will not reinstate the previous one..

**OUTCOME:**

1. On or before July 5, 2018, either Fay Servicing shall file a status report indicating its decision on whether to reinstate the Debtors' previous trial loan modification. Otherwise, the Debtors' participation in the Loss Mitigation Program is concluded, subject to their right to seek re-entry into it upon the lender's consent or Court order. (Text Order to issue.)

**DATED:** 6/20/2018