Case 17-22468-GLT    Doc 66    Filed 09/12/18    Entered 09/12/18 15:53:39    Desc Main
Document    Page 1 of 1

FILED
9/12/18 3:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 17-22468-GLT |
| | : | Chapter: 13 |
| Brian D. Matson | : | |
| Angela M. Matson | : | |
| | : | Date: 9/12/2018 |
| Debtor(s). | : | Time: 10:00 |

## PROCEEDING MEMO

**MATTER:** #63 - Motion for Leave to File Notice of
Request for Loss Mitigation
#65 - Response of Fay Servicing In Opposition
To Debtor's Motion

**APPEARANCES:**
Debtor: Matthew M. Herron
U.S. trustee: Owen Katz
Fay: James C. Warmbrodt

**NOTES:**

Herron: This is the second request for LMP. The first request was approved but the debtors fell a few hundred dollars shy. The plan would fail absent LMP because the arrears on the plan are approximately $70,000.

Court: Why were the payments short?

Herron: There was some confusion as to the amount on the wage attachment.

Warmbrodt: The objection was based on the grounds of feasibility. The present motion does not indicate why the payment would be feasible now when it was not before.

Court: What is the payment history?

Katz: The payments are current under the plan.

**OUTCOME:**

1. The Motion for Leave to File Notice of Entry into Loss Mitigation Program [Dkt. No. 63] is granted (O/E).

**DATED:** 9/12/2018