**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No.: 17-22468-GLT |
| Brian D. Matson and | : | Chapter 13 |
| Angela M. Matson, | : | |
| Debtors. | : | |
| | : | |
| Brian D. Matson and | : | |
| Angela M. Matson, | : | |
| Movants, | : | |
| | : | |
| v. | : | |
| | : | |
| Fay Servicing, LLC, | : | |
| Respondent. | : | |

**CERTIFICATE OF SERVICE**

I, Heather Seitz, Paralegal, of The Debt Doctors at Quatrini Rafferty, 941 Penn Avenue, Suite 101, Pittsburgh, PA 15222 certify as follows:

That I am and at all times hereinafter mentioned was more than 18 years of age:

That on the 1st day of October 2018

I served a copy of:  **ORDER SCHEDULING DATES FOR RESPONSE AND HEARING ON MOTION and the SECOND MOTION FOR LOSS MITIGATION**

RE:  Brian D. Matson                                    Case No.: 17-22468-GLT
     Angela M. Matson                                   Chapter 13

ON:  James C. Warmbrodt, Esq.                           Fay Servicing, LLC
     KML Law Group, PC                                  3000 Kelway Drive, Ste 150
     BNY Mellon Independence Center                     Carrollton, TX 75006
     701 Market Street, Suite 5000
     Philadelphia, PA 19106
     jwarmbrodt@kmllawgroup.com
     *Via electronic notification*

     Brian and Angela Matson
     1410 Route 286
     Export, PA 15632

     Ronda Winnecour, Trustee                           US Trustee
     3250 USX Tower                                     970 Liberty Center
     600 Grant Street                                   1001 Liberty Avenue
     Pittsburgh, PA 15219                               Pittsburgh, PA 15222
     cmecf@chapter13trusteewdpa.com                     ustpregion03.pi.ecf@usdoj.gov
     *Via electronic notification*                      *Via electronic notification*

BY:  Regular First Class U.S. Mail and Electronic Notification

I certify under the penalty of perjury that the foregoing is true and correct.

Date:  October 1, 2018                                  __/s/ *Heather Seitz*_____
                                                        Heather Seitz, Paralegal
                                                        The Debt Doctors at Quatrini Rafferty
                                                        941 Penn Avenue, Suite 101
                                                        Pittsburgh, PA 15222
                                                        (412) 395-6001