## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

| | |
|---|---|
| **Debtor:** | BRIAN D. & ANGELA M. MATSON |
| **Case Number:** | 17-22468-GLT      **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, OCTOBER 18, 2018 11:00 AM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

### Matter:

#15 - Continued Confirmation of Plan Dated 7/10/2017 (NFC)
R / M #:  15 / 0

### Appearances:

Debtor: Bochman
Trustee: Winnecour / Pail / Katz / DeSimone
Creditor: Piscione for Westmoreland Community FCU

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to  2/28/19 at 11:30 AM

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

Debtors seeking to reenter LMP

10/11/2018  1:33:16PM