**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In Re: | | : | Bankruptcy No.: 17-22468-GLT |
| | Brian D. Matson and | : | Chapter 13 |
| | Angela M. Matson, | : | |
| | Debtors. | : | |
| | | : | |
| | Brian D. Matson and | : | |
| | Angela M. Matson, | : | |
| | Movants, | : | |
| | | : | |
| v. | | : | |
| | | : | |
| | Fay Servicing, LLC, | : | |
| | Respondent. | : | |

**CERTIFICATE OF SERVICE**

I, Heather Seitz, Paralegal, of The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232 certify as follows:

That I am and at all times hereinafter mentioned was more than 18 years of age:

That on the 9th day of November 2018

I served a copy of:        **LOSS MITIGATION ORDER**

RE:    Brian D. Matson                    Case No.: 17-22468-GLT
       Angela M. Matson                   Chapter 13

ON:    James C. Warmbrodt, Esq.           Fay Servicing, LLC
       KML Law Group, PC                  3000 Kelway Drive, Ste 150
       BNY Mellon Independence Center     Carrollton, TX 75006
       701 Market Street, Suite 5000
       Philadelphia, PA 19106
       jwarmbrodt@kmllawgroup.com
       *Via electronic notification*

       Brian and Angela Matson
       1410 Route 286
       Export, PA 15632

       Ronda Winnecour, Trustee           US Trustee
       3250 USX Tower                     970 Liberty Center
       600 Grant Street                   1001 Liberty Avenue
       Pittsburgh, PA 15219                Pittsburgh, PA 15222
       cmecf@chapter13trusteewdpa.com     ustpregion03.pi.ecf@usdoj.gov
       *Via electronic notification*       *Via electronic notification*

BY:    Regular First Class U.S. Mail and Electronic Notification

I certify under the penalty of perjury that the foregoing is true and correct.

Date: November 9, 2018                    __/s/ *Heather Seitz*_____
                                          Heather Seitz, Paralegal
                                          The Debt Doctors, LLC
                                          607 College Street, Suite 101
                                          Pittsburgh, PA 15232
                                          (412) 395-6001