Case 17-22468-GLT    Doc 81    Filed 11/10/18    Entered 11/11/18 00:49:20    Desc Imaged
Certificate of Notice    Page 1 of 3

FILED
11/7/18 4:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Brian D. Matson and<br>    Angela M. Matson,<br>            Debtors. | Bankruptcy No.: 17-22468-GLT<br>Chapter 13 |
| Brian D. Matson and<br>Angela M. Matson,<br>            Movants, | Related to Docket No. 68 |
| v. | |
| Fay Servicing, LLC,<br>            Respondent. | |

## LOSS MITIGATION ORDER

A *Second Motion for Loss Mitigation* was filed by the debtors, Brian D. Matson and Angela M. Matson, on September 14, 2018. The Parties have had notice and an opportunity to object and the Court has reviewed any objections filed thereto.

AND NOW, this **7th** day of **November** 2018, it is hereby **ORDERED** that:

(1) The following parties are directed to participate in the Court's **Loss Mitigation Program (LMP)** as set forth in *W.PA.LBR 9020-1* through *9020-7*.

    Debtors:    Brian D. Matson and Angela M. Matson

    Creditor:    Fay Servicing, LLC

(2) **During the Loss Mitigation Period**, the Debtor shall make (or cause to be made) adequate protection payments in the amount of **$902.24** per month to the Creditor or the Creditor's designee pursuant to *W.PA.LBR 9020-3(g)*.

(3) **Within fourteen (14) days from the entry of this Order**, the Creditor shall register and post its entire Core LMP Package on the Portal (if not previously registered) pursuant to *W.PA.LBR 9020-4(b)*.

(4) **Within seven (7) days from the entry of this Order** or Creditor's registration on the Portal, whichever is later, the Debtor shall upload a completed Core LMP Package through the Portal pursuant to *W.PA.LBR 9020-4(c)*.

(5) **Within fourteen (14) days of the debtor's submission of the Core LMP Package**, the Creditor shall acknowledge receipt and designate a single point of contact for Debtor's review, pursuant to *W.PA.LBR 9020-4(d)*.

(6) **Within sixty (60) days from the entry of this Order**, the Debtor shall file and serve upon all interested parties an LMP Status Report, pursuant to *W.PA.LBR 9020-4(e)*.

PAWB Local Form 41 (04/14)                                                                                                               Page1 of 2

(7) *One hundred twenty (120) days from the entry of this Order,* the LMP Period shall terminate unless extended pursuant to *W.PA.LBR 9020-5(b).*

(8) *Within seven (7) days of the termination of the Loss Mitigation Period,* the Debtor shall submit an LMP Final Report pursuant to *W.PA.LBR 9020-4(f).*

(9) Debtor shall *immediately* serve a copy of this Order on Creditor and file a certificate of service evidencing same.

(10) The Court's approval is subject to the implementation of an amended wage attachment at $1,581 per month, and the trustee's subsequent receipt of payments at that amount going forward.

_____
United States Bankruptcy Judge

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
```

In re:                                                           Case No. 17-22468-GLT
Brian D. Matson                                                  Chapter 13
Angela M. Matson
        Debtors

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: lfin             Page 1 of 1         Date Rcvd: Nov 08, 2018
                              Form ID: pdf900        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2018.
db/jdb         +Brian D. Matson,    Angela M. Matson,    1410 Route 286,    Export, PA 15632-1958

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2018 at the address(es) listed below:
              Adam Bradley Hall    on behalf of Creditor    WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS
               INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2014-2 amps@manleydeas.com
              James Warmbrodt    on behalf of Creditor    WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS
               INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2014-2 C/O FAY SERVICING LLC
               bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS
               INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2014-2 bkgroup@kmllawgroup.com
              Jill Manuel-Coughlin    on behalf of Creditor    PennyMac Loan Services, LLC jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              Karina Velter    on behalf of Creditor    Wilmington Trust, National Association
               amps@manleydeas.com
              Matthew M. Herron    on behalf of Joint Debtor Angela M. Matson mmh@thedebtdoctors.com,
               hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Matthew M. Herron    on behalf of Debtor Brian D. Matson mmh@thedebtdoctors.com,
               hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples TWP LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 10