# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| Brian D. Matson and | CASE. NO.: 17-22468-GLT |
| Angela M. Matson, | CHAPTER 13 |
|     Debtors. | |
| VINCENT J. QUATRINI, JR., ESQ. and | Related to Dkt. No. 100 |
| MATTHEW M. HERRON, ESQ., | |
|     Movants, | |
| vs. | |
| No Respondents. | |

## CONSENT ORDER OF COURT CHANGING PAYEE AND AUTHORIZING DISTRIBUTION BY CHAPTER 13 TRUSTEE OF ATTORNEY'S FEES

This matter comes before the Court as the parties, Quatrini Rafferty, P.C. and The Debt Doctors, LLC (the "Parties"), have terminated their joint venture, the Debt Doctors at Quatrini Rafferty (the "Joint Venture"). Pursuant to the Parties Settlement Agreement, ending the Joint Venture, Matthew M. Herron, Esq. ("Herron") and the Debt Doctors, LLC ("the Debt Doctors") will remain counsel of record and will continue to be the primary counsel in the above-referenced case. Herron and the Debt Doctors will ensure that the Debtor is represented and that the case will proceed as planned. The Parties respectfully request that the Chapter 13 Trustee distribute all present and future Joint Venture attorney's fees and receivables to the Debt Doctors. It is hereby ORDERED as follows:

(1) The Trustee shall distribute, as soon as practical, all funds on hand for The Debt Doctors at Quatrini Rafferty payable to The Debt Doctors, LLC in the above-referenced case. The fees should be paid to The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232.

(2) All future fee applications, allowed attorney's fees and/or receivables shall be paid to the Debt Doctors, LLC at the address above.

(3) Upon distribution of the attorney's fees for the Debt Doctors at Quatrini Rafferty to The Debt Doctors, LLC, neither the Chapter 13 Trustee nor the above-named estate shall bear any further responsibility for the distribution of the remaining fees between the Parties.

(4) No additional fees will be charged to the estate related to this Order.

Dated: April 15, 2019

U.S. Bankruptcy Judge    cgt

{W0538429.1 }

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania
```

In re:                                                        Case No. 17-22468-GLT
Brian D. Matson                                               Chapter 13
Angela M. Matson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: lfin              Page 1 of 1              Date Rcvd: Apr 15, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 17, 2019.
db/jdb         +Brian D. Matson,    Angela M. Matson,    1410 Route 286,    Export, PA 15632-1958

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2019                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 15, 2019 at the address(es) listed below:
              Adam Bradley Hall    on behalf of Creditor    WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS
               INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2014-2 amps@manleydeas.com
              James  Warmbrodt     on behalf of Creditor    WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS
               INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2014-2 C/O FAY SERVICING LLC
               bkgroup@kmllawgroup.com
              James  Warmbrodt     on behalf of Creditor    WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS
               INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2014-2 bkgroup@kmllawgroup.com
              Jill  Manuel-Coughlin    on behalf of Creditor    PennyMac Loan Services, LLC jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              Karina  Velter     on behalf of Creditor    Wilmington Trust, National Association
               amps@manleydeas.com
              Matthew M. Herron    on behalf of Joint Debtor Angela M. Matson mmh@thedebtdoctors.com,
               hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Matthew M. Herron    on behalf of Debtor Brian D. Matson mmh@thedebtdoctors.com,
               hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Matthew M. Herron    on behalf of Attorney    The Debt Doctors, LLC mmh@thedebtdoctors.com,
               hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace     on behalf of Creditor    Peoples Gas Company LLC, f/k/a Peoples TWP LLC
               sjw@sjwpgh.com,    srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              S. James Wallace     on behalf of Creditor    Peoples TWP LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                               TOTAL: 12