**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

Brian D. Matson
Angela M. Matson
      Debtors.

The Debt Doctors, LLC,
      Movant,
   vs.

No Respondent.

Bankruptcy No.: 17-22468-GLT
Chapter 13

Document No.:

Response Deadline: June 10, 2019
Hearing Date & Time: July 3, 2019 at 10:00 AM

**SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL
FEES IN CHAPTER 13 ON BEHALF OF THE DEBT DOCTORS, LLC**

To All Creditors and Parties in Interest:

1. Applicant represents Brian D. Matson and Angela M. Matson.

2. This is an *interim* application for the period June 14, 2017 through May 25, 2018

3. Previous retainer paid to Applicant: $390.00

4. Previous interim compensation allowed to Applicant: $3,610.00

5. Dates and amounts of previous compensation awarded: $0.00

6. Applicant requests additional:
   Compensation of: $4,943.00
   Reimbursement of Expenses of: $49.28

7. A hearing on the Application will be held on July 3, 2019 at 10:00 AM in Courtroom A, 600 Grant Street, 54th Floor, Pittsburgh, PA 15219 before the Honorable Judge Taddonio.

8. Any written objections must be filed with the court and served on the Applicant on or before June 10, 2019, (fourteen (14) days from the date of this notice plus an additional 3 days if served by mail). Copies of the application are available from the Applicant.

Dated: May 23, 2019

*/s/  Matthew M. Herron*
Matthew M. Herron, Esquire
PA ID NO.: 88927
THE DEBT DOCTORS, LLC
607 College Street, Suite 101
Pittsburgh, PA 15232
412-395-6001
mh@thedebtdoctors.com