**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| Brian D. Matson | Bankruptcy No.: 17-22468-GLT |
| Angela M. Matson | Chapter 13 |
| Debtors. | Document No.: |
| The Debt Doctors, LLC, | Response Deadline: June 10, 2019 |
| Movant, | Hearing Date & Time: July 3, 2019 at 10:00 AM |
| vs. | |
| No Respondent. | |

**CERTIFICATE OF SERVICE**

I hereby certify that I served a true and correct copy of the within **Summary Cover Sheet and Notice of Hearing on Professional Fees and Application** upon the following parties, by First Class Mail, Postage Prepaid and Electronic Notification:

**Ronda J. Winnecour, Trustee**
3250 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com
*Via electronic notice*

**U.S. Trustee**
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov
*Via electronic notice*

**Brian D. Matson**
**Angela M. Matson**
1410 Route 286
Export, PA 15632

And a true and correct copy of the within **Summary Cover Sheet** upon the following parties, by First Class mail, Postage Prepaid:

SEE ATTACHED MAILING MATRIX


Date of Service: May 23, 2019

*/s/  Matthew M. Herron*
Matthew M. Herron, Esquire
PA ID NO.: 88927
THE DEBT DOCTORS, LLC
607 College Street, Suite 101
Pittsburgh, PA 15232
412-395-6001
mmh@thedebtdoctors.com

17-22468-GLT|PennyMac Loan Services, LLC | |||||undeliverable
17-22468-GLT|Peoples Gas Company LLC, f/k/a Peoples TWP L|c/o S. James Wallace, P.C.|845 N. Lincoln Ave.|Pittsburgh, PA 15233-1828|||

17-22468-GLT|Peoples TWP LLC |c/o S. James Wallace, P.C.|845 N. Lincoln Ave.|Pittsburgh, PA 15233-1828|||
17-22468-GLT|The Debt Doctors, LLC |607 College Street|Suite 101|Pittsburgh, PA 15232-1700|||
17-22468-GLT|WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT | |||||undeliverable
17-22468-GLT|WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT |ROBERTSON, ANSCHUTZ & SCHNEID, P.L.|6409 Congress Ave., Suite 100|boca raton, FL 33487-2853|||
17-22468-GLT|Wilmington Trust, National Association | |||||undeliverable
17-22468-GLT|2|U.S. Bankruptcy Court|5414 U.S. Steel Tower|600 Grant Street|Pittsburgh, PA 15219-2703||
17-22468-GLT|Aarons |5142 Ste. 155 Route 30|Greensburg, PA 15601-7865| |||
17-22468-GLT|Capital Accounts LLC |PO Box 140065|Nashville, TN 37214-0065| |||
17-22468-GLT|Capital One |P.O. Box 30285|Salt Lake City, UT 84130-0285| |||
17-22468-GLT|Credit Acceptance |25505 West Twelve Mile Rd|Suite 3000|Southfield MI 48034-8331| ||
17-22468-GLT|CREDIT ACCEPTANCE CORPORATION|25505 WEST 12 MILE ROAD|SOUTHFIELD MI 48034-8316||||preferred
17-22468-GLT|Credit One Bank |P.O. Box 98873|Las Vegas, NV 89193-8873| |||
17-22468-GLT|Credit Protection Assoc. |13355 Noel Rd., Suite 2100|Dallas, TX 75240-6837| |||
17-22468-GLT|Directv, LLC |by American InfoSource LP as agent|PO Box 5008|Carol Stream, IL  60197-5008| ||
17-22468-GLT|Fay Servicing, LLC |3000 Kellway Dr.|Ste 150|Carrollton, TX 75006-3357| ||
17-22468-GLT|First Energy |800 Cabin Hill Drive|Greensburg, PA 15601-1650| |||
17-22468-GLT|JEFFERSON CAPITAL SYSTEMS LLC|PO BOX 7999|SAINT CLOUD MN 56302-7999||||preferred
17-22468-GLT|JEFFERSON CAPITAL SYSTEMS LLC|PO BOX 7999|SAINT CLOUD MN 56302-7999||||preferred duplicate
17-22468-GLT|LVNV Funding |P.O. Box 10497|Greenville, SC 29603-0497| |||
17-22468-GLT|LVNV Funding, LLC its successors and assigns|assignee of Arrow Financial Services,|LLC|Resurgent Capital Services|PO Box 10587|Greenville, SC 29603-0587 |
17-22468-GLT|LVNV Funding, LLC its successors and assigns|assignee of Bluestem Brands, Inc.|Resurgent Capital Services|PO Box 10587|Greenville, SC 29603-0587| |
17-22468-GLT|LVNV Funding, LLC its successors and assigns|assignee of North Star Capital|Acquisition LLC|Resurgent Capital Services|PO Box 10587|Greenville, SC 29603-0587 |
17-22468-GLT|LVNV Funding, LLC its successors and assigns|assignee of Sears National Bank|Resurgent Capital Services|PO Box 10587|Greenville, SC 29603-0587| |
17-22468-GLT|LVNV Funding, LLC its successors and assigns|assignee of Windstream Communications,|Inc.|Resurgent Capital Services|PO Box 10587|Greenville, SC 29603-0587 |
17-22468-GLT|Midland Funding LLC |8875 Aero Drive, Suite 200|San Diego, CA 92123-2255| |||
17-22468-GLT|Midland Funding LLC |PO Box 2011|Warren, MI 48090-2011| |||
17-22468-GLT|Office of the United States Trustee |Liberty Center.|1001 Liberty Avenue, Suite 970|Pittsburgh, PA 15222-3721|||
17-22468-GLT|PennyMac Loan Services, LLC |6101 Condor Drive, Suite 200|Moorpark, CA 93021-2602| |||
17-22468-GLT|Pennymac |PO Box 514387|Los Angeles, CA 90051-4387| |||
17-22468-GLT|Peoples Gas Company LLC |f/k/a Peoples TWP LLC|c/o S. James Wallace, P.C.|845 N. Lincoln Avenue|Pittsburgh, PA 15233-1828| |
17-22468-GLT|Pinnacle Credit Services, LLC its successors|assigns as assignee of Cellco|Partnership d/b/a Verizon Wireless|Resurgent Capital Services|PO Box 10587|Greenville, SC 29603-0587 |
17-22468-GLT|PORTFOLIO RECOVERY ASSOCIATES LLC|PO BOX 41067|NORFOLK VA 23541-1067||||preferred
17-22468-GLT|Verizon |by American InfoSource LP as agent|PO Box 248838|Oklahoma City, OK  73124-8838| ||
17-22468-GLT|WESTMORELAND COMMUNITY FEDERAL CREDIT UNION |230 THEOBOLD AVENUE|GREENSBURG, PA 15601-5536| |||
17-22468-GLT|West Penn Power |1310 Fairmont Avenue|Fairmont, WV 26554-3526| |||
17-22468-GLT|West Penn Power |5001 NASA Blvd|Fairmont, WV 26554-8248| |||
17-22468-GLT|WESTMORELAND COMMUNITY FCU|1007 GEORGES STATION RD|GREENSBURG PA 15601-6982||||preferred
17-22468-GLT|Westmoreland Fed Emp FCU |238 S Pennsylvania Ave.|Greensburg, PA 15601-3007| |||
17-22468-GLT|Westmoreland Fed. Emp. FCU |238 S Pennsylvania Ave.|Greensburg, PA 15601-3007| |||duplicate
17-22468-GLT|Angela M. Matson |1410 Route 286|Export, PA 15632-1958||||
17-22468-GLT|Brian D. Matson |1410 Route 286|Export, PA 15632-1958||||
17-22468-GLT|Matthew M. Herron |The Debt Doctors, LLC|607 College Street|Suite 101|Pittsburgh, PA 15232-1700||
17-22468-GLT|Ronda J. Winnecour |Suite 3250, USX Tower|600 Grant Street|Pittsburgh, PA 15219-2702|||