IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Brian D. Matson | : | Case No.17-22468GLT |
| Angela M. Matson | : | Chapter 13 |
| Debtor(s) | : | |
| Brian D. Matson | : | |
| Angela M. Matson | : | Related to Document #119 |
| Movant(s) | : | |
| | : | Hearing Date 10/08/2019 |
| vs. | : | |
| Fay Servicing, LLC, and Ronda J | : | |
| Winnecour, Trustee | : | |
| Respondent(s) | | |

<u>TRUSTEE'S RESPONSE TO MOTION TO AUTHORIZE LOAN MODIFICATION</u>

Ronda J. Winnecour, Chapter 13 Trustee, by her undersigned counsel, respectfully represents the following:

1. The Debtors request approval to modify the terms of the existing loan documents on the loan from Fay Servicing, LLC.

2. The Trustee objects on the basis that the loan modification appears to confer no benefit.

3. The modification proposes an interest rate increase from 4.125% to 6%, plus a repayment term extension of 18 additional years.

4. The Trustee calculated the plan payment necessary with and without the loan modification.

5. Without the loan modification, the plan payment would need to be $3,383.70 per month.

6. With the loan modification, the plan payment would need to be $2,875.78 per month, and it will result in additional interest accumulation of $242,000.

7. The proposed loan modification is not worth the miniscule short-term savings. The plan payment is infeasible in either scenario but having this proposed loan modification is worse than no modification at all.

8.  Debtors value their real property at only $75,000.00 while they seek approval of a modified principal loan balance of $242,605.13, which makes little practical sense

RONDA J. WINNECOUR,
CHAPTER 13 TRUSTEE

Date: 09/19/19                by   __/s/ Jana S. Pail_____
Jana S. Pail - PA I.D. #88910
Attorney for Trustee
US Steel Tower – Suite 3250
600 Grant St.
Pittsburgh, PA  15219
(412) 471-5566
jpail@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Brian D. Matson | : | Case No.17-22468GLT |
| Angela M. Matson | : | Chapter 13 |
| Debtor(s) | : | |
| Brian D. Matson | : | |
| Angela M. Matson | : | Related to Document #119 |
| Movant(s) | : | |
| | : | Hearing Date 10/08/2019 |
| vs. | : | |
| Fay Servicing, LLC, and Ronda J | : | |
| Winnecour, Trustee | : | |
| Respondent(s) | | |

CERTIFICATE OF SERVICE

I hereby certify that on the 19TH of September 2019, I served one true and correct copy of the foregoing document on the following parties in interest by United States first-class mail, postage prepaid, addressed as follows:

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh PA. 15222

Brian and Angela Matson
1410 Route 286
Export PA 15632

Matthew Herron, Esquire
The Debt Doctors LLC
607 College Street
Suite 101
Pittsburgh PA 15232

_/s/Dianne DeFoor_____
Office of Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com