10/9/19 8:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |  |
|---|---|---|---|
| In re: | : | Case No.: | 17-22468-GLT |
|  | : | Chapter: | 13 |
| Brian D. Matson | : |  |  |
| Angela M. Matson | : |  |  |
|  | : | Date: | 10/8/2019 |
| *Debtor(s).* | : | Time: | 10:30 |

## PROCEEDING MEMO

**MATTER:**      #119 - Motion to Authorize Loan Modification
                 #122 - Response filed by Trustee

                 [Karina Velter to appear via CourtCall]

**APPEARANCES:**

| | |
|---|---|
| Debtor: | Amy Buchanan (Debtors are present) |
| Trustee: | Ronda J. Winnecour |
| Creditor: | Karina Velter |

**NOTES:**

Buchanan : The modified payments are an increase of approx. $1,000. They are two years into the plan and would like to go through with it.

Court: Do you see the trade-offs? The loan term is extended for 18 years and the interest amount has increased.

Matson: We want to stay in our home.

Winnecour: My objection lays out my concerns. The debtors are going to incur a lot more debt with little tangible benefit.

Court: Is the plan feasible without it?

Buchanan : We did file an amended plan - there was an increase to approx. $2,000 a month. The actual monthly is slightly less than the trial modification.

Velter: The terms that were offered are under the max debt to income ratio.

Court: I want to understand a few things. The property is worth approx. $75,000?

Matson: We think so, we haven't had it appraised lately.

Court: How long have you had the home?

Matson: 18-20 years.

Court: Even though this modification seems to be the best offer you've gotten, you'd be paying more than $200,000 on a home worth $75,000-$100,000.

**OUTCOME:**

1. Debtor's *Motion to Authorize Loan Modification* [Dkt. No. 119] is UNDER ADVISEMENT.

**DATED:** 10/8/2019