# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

**Debtor:** BRIAN D. & ANGELA M. MATSON
**Case Number:** 17-22468-GLT   **Chapter:** 13
**Date / Time / Room:** THURSDAY, DECEMBER 19, 2019 02:30 PM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### *Matter:*

#129 - Amended Plan Dated 10/22/2019 (NFC)
R / M #: 129 / 0

### *Appearances:*

**Debtor:** Buchanan
**Trustee:** Winnecour / (Pail) / Katz / DeSimone
**Creditor:** Shapira — Westmoreland Co. FCU

### *Proceedings:*

**Outcome:**

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. __X__ An Amended Plan is to be served on all creditors and certificate of service filed by 1/17/20
   Objections are due on or before 2/7/20
   A hearing on the Amended Plan is set for 2/27/20 at 11:00.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other: