**Form 149**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Brian D. Matson**
**Angela M. Matson**
Debtor(s)

Bankruptcy Case No.: 17–22468–GLT
Issued Per 2/27/2020 Proceeding
Chapter: 13
Docket No.: 139 – 138
Concil. Conf.: February 27, 2020 at 11:00 AM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED**
**AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated January 17, 2020 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☒ A.  For the remainder of the Plan term, the periodic Plan payment is amended to be $3,053.00 as of March, 2020. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.  The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C.  Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Feb. 27, 2020 at 11:00 AM, in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.  Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.  The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.  shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☒ G.  The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Claim No. 4 of Westmoreland Co FCU at payment computed by Trustee .

☒ H.  Additional Terms: A Fee Application is needed if any fee (including retainer) exceeds $4,000.00 including any fees paid to prior counsel.

Counsel fees are payable per 6/12/2019 order plus the LMP no–look fee.

Claim No. 2–2 of Wilmington is payable per loan modification with subsequent payment changes implemented.

*(2.)*  **IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:**

**A.**  **Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.**  **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.**  **Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.**  **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.**  **Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*  **IT IS FURTHER ORDERED THAT:**

**A.**  After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**  Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**  Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.**  Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**  The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.**  In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: February 28, 2020

cc:  All Parties in Interest to be served by Clerk in seven (7) days

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                          Case No. 17-22468-GLT
Brian D. Matson                                                 Chapter 13
Angela M. Matson
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0315-2          User: dbas                  Page 1 of 2                  Date Rcvd: Feb 28, 2020
                              Form ID: 149                Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2020.
db/jdb         +Brian D. Matson,    Angela M. Matson,    1410 Route 286,    Export, PA 15632-1958
aty            +The Debt Doctors, LLC,    607 College Street,    Suite 101,    Pittsburgh, PA  15232,
                 UNITED STATES 15232-1700
cr             +PHEPLE FEDERAL CREDIT UNION f/k/a WESTMORELAND COM,    2900 SEMINARY DRIVE,   BUILDING G,
                 GREENSBURG, PA 15601-3734
cr             +Peoples Gas Company LLC, f/k/a Peoples TWP LLC,    c/o S. James Wallace, P.C.,
                 845 N. Lincoln Ave.,    Pittsburgh, PA 15233-1828
cr             +Peoples TWP LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
cr             +WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS,    ROBERTSON, ANSCHUTZ & SCHNEID, P.L.,
                 6409 Congress Ave., Suite 100,    boca raton, FL 33487-2853
14656424       ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
                (address filed with court: Credit Acceptance Corporation,     25505 W. 12 Mile Rd.,
                 Southfield, MI 48034)
14656426       ++CREDIT PROTECTION ASSOCIATION LP,    PARKWAY CENTER V,    2500 DALLAS PARKWAY SUTIE 500,
                 PLANO TX 75093-4805
                (address filed with court: Credit Protection Assoc.,     13355 Noel Rd.,   Suite 2100,
                 Dallas, TX 75240)
14645337       +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
14707271        Fay Servicing, LLC,    PO Box 814609,   Dallas, TX 75381-4609
14671255       +PennyMac Loan Services, LLC,    6101 Condor Drive, Suite 200,    Moorpark, CA 93021-2602
14656431        Pennymac,   PO Box 514387,    Los Angeles, CA 90051-4387
14679846       +Peoples Gas Company LLC,    f/k/a Peoples TWP LLC,    c/o S. James Wallace, P.C.,
                 845 N. Lincoln Avenue,    Pittsburgh, PA 15233-1828
14656434       +Westmoreland Fed Emp FCU,    238 S Pennsylvania Ave.,    Greensburg, PA 15601-3007

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14656422        E-mail/Text: bankruptcy@usecapital.com Feb 29 2020 03:11:55      Capital Accounts LLC,
                 PO Box 140065,   Nashville, TN 37214-0065
14656423       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 29 2020 03:18:02      Capital One,
                 P.O. Box 30285,   Salt Lake City, UT 84130-0285
14656425        E-mail/PDF: creditonebknotifications@resurgent.com Feb 29 2020 03:16:27      Credit One Bank,
                 P.O. Box 98873,   Las Vegas, NV 89193-8873
14723436        E-mail/Text: G06041@att.com Feb 29 2020 03:11:12      Directv, LLC,
                 by American InfoSource LP as agent,    PO Box 5008,   Carol Stream, IL  60197-5008
14644314       +E-mail/Text: bankruptcy@firstenergycorp.com Feb 29 2020 03:10:34      First Energy,
                 800 Cabin Hill Drive,    Greensburg, PA 15601-1650
14656428        E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 29 2020 03:10:55      Jefferson Capital Systems,
                 16 McLeland Road,    Saint Cloud, MN 56303
14702267        E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 29 2020 03:10:55      Jefferson Capital Systems LLC,
                 Po Box 7999,   Saint Cloud Mn 56302-9617
14656429       +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 29 2020 03:17:27      LVNV Funding,
                 P.O. Box 10497,   Greenville, SC 29603-0497
14699814        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 29 2020 03:17:28
                 LVNV Funding, LLC its successors and assigns as,    assignee of Bluestem Brands, Inc.,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14724605        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 29 2020 03:16:38
                 LVNV Funding, LLC its successors and assigns as,    assignee of Sears National Bank,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14699732        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 29 2020 03:16:40
                 LVNV Funding, LLC its successors and assigns as,    assignee of Windstream Communications,,
                 Inc.,   Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14699730        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 29 2020 03:16:40
                 LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
                 LLC,   Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14699723        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 29 2020 03:16:41
                 LVNV Funding, LLC its successors and assigns as,    assignee of North Star Capital,
                 Acquisition LLC,   Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14656430       +E-mail/Text: bankruptcydpt@mcmcg.com Feb 29 2020 03:10:20      Midland Funding LLC,
                 8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
14714916       +E-mail/Text: bankruptcydpt@mcmcg.com Feb 29 2020 03:10:20      Midland Funding LLC,
                 PO Box 2011,   Warren, MI 48090-2011
14686921        E-mail/Text: pconley@westmorelandfcu.org Feb 29 2020 03:11:23
                 WESTMORELAND COMMUNITY FEDERAL CREDIT UNION,    230 THEOBOLD AVENUE,   GREENSBURG, PA 15601
14699780        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 29 2020 03:18:14
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
14699480        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 29 2020 03:16:39
                 Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
                 Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
14689567        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 29 2020 03:17:37      Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,   Oklahoma City, OK  73124-8838
```

```
District/off: 0315-2          User: dbas                Page 2 of 2             Date Rcvd: Feb 28, 2020
                              Form ID: 149              Total Noticed: 35
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
14656432          E-mail/Text: bankruptcy@firstenergycorp.com Feb 29 2020 03:10:35      West Penn Power,
                   1310 Fairmont Avenue,    Fairmont, WV 26554-3526
14716307         +E-mail/Text: bankruptcy@firstenergycorp.com Feb 29 2020 03:10:35      West Penn Power,
                   5001 NASA Blvd,    Fairmont, WV 26554-8248
                                                                                               TOTAL: 21

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               PennyMac Loan Services, LLC
cr               WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS
cr               Wilmington Trust, National Association
cr*              Fay Servicing LLC,    PO Box 814609,    Dallas, TX  75381-4609
14656427*       +First Energy,    800 Cabin Hill Drive,    Greensburg, PA 15601-1650
14656433*      ++PHEPLE FEDERAL CREDIT UNION,    2900 SEMINARY DRIVE,    BUILDING G,    GREENSBURG PA 15601-3734
                 (address filed with court: Westmoreland Community FCU,     1007 Georges Station Road,
                   Greensburg, PA 15601)
14656435*       +Westmoreland Fed. Emp. FCU,    238 S Pennsylvania Ave.,    Greensburg, PA 15601-3007
14656421       ##+Aarons,   5142 Ste. 155 Route 30,    Greensburg, PA 15601-7865
                                                                                   TOTALS: 3, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2020                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2020 at the address(es) listed below:
```
          Adam Bradley Hall    on behalf of Creditor    WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS
           INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2014-2 amps@manleydeas.com
          James  Warmbrodt    on behalf of Creditor    WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS
           INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2014-2 C/O FAY SERVICING LLC
           bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor    WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS
           INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2014-2 bkgroup@kmllawgroup.com
          Jill  Manuel-Coughlin    on behalf of Creditor   PennyMac Loan Services, LLC
           bankruptcy@powerskirn.com
          Joseph Paul Covelli    on behalf of Creditor    PHEPLE FEDERAL CREDIT UNION f/k/a WESTMORELAND
           COMMUNITY FEDERAL CREDIT UNION covellilawoffices@yahoo.com
          Karina  Velter    on behalf of Creditor    Wilmington Trust, National Association
           amps@manleydeas.com
          Matthew M. Herron    on behalf of Joint Debtor Angela M. Matson mmh@thedebtdoctors.com,
           hgs@thedebtdoctors.com;alb@thedebtdoctors.com
          Matthew M. Herron    on behalf of Debtor Brian D. Matson mmh@thedebtdoctors.com,
           hgs@thedebtdoctors.com;alb@thedebtdoctors.com
          Matthew M. Herron    on behalf of Attorney    The Debt Doctors, LLC mmh@thedebtdoctors.com,
           hgs@thedebtdoctors.com;alb@thedebtdoctors.com
          Michael J Shavel    on behalf of Creditor    Wilmington Trust, National Association
           mshavel@hillwallack.com, jrydzewski@HillWallack.com;skenny@hillwallack.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Gas Company LLC, f/k/a Peoples TWP LLC
           sjw@sjwpgh.com,   srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
          S. James Wallace    on behalf of Creditor    Peoples TWP LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                               TOTAL: 14
```