| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Brian D. Matson** | Social Security number or ITIN | **xxx–xx–1884** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Angela M. Matson** | Social Security number or ITIN | **xxx–xx–2048** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | Date case filed in chapter **13** | **6/16/17** |
| Case number: | **17–22468–GLT** | Date case converted to chapter **7** | **2/19/21** |

Official Form 309B (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| **1.** | **Debtor's full name** | Brian D. Matson | Angela M. Matson |
| **2.** | **All other names used in the last 8 years** | | |
| **3.** | **Address** | 1410 Route 286<br>Export, PA 15632 | 1410 Route 286<br>Export, PA 15632 |
| **4.** | **Debtor's attorney**<br>Name and address | Matthew M. Herron<br>The Debt Doctors, LLC<br>d/b/a Herron Business Law<br>607 College Street, Suite 101<br>Pittsburgh, PA 15232 | Contact phone 412–395–6001<br><br>Email: mmh@thedebtdoctors.com |
| **5.** | **Bankruptcy trustee**<br>Name and address | Charles O. Zebley Jr.<br>P.O. Box 2124<br>Uniontown, PA 15401 | Contact phone 724–439–9200<br><br>Email: COZ@Zeblaw.com |

**For more information, see page 2 >**

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**    page **1**

Debtor  **Brian D. Matson**  and  **Angela M. Matson**                                                                Case number **17–22468–GLT**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 2/19/21 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 9, 2021 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**341 Meeting will be conducted by phone, please consult the docket or, case trustee for call information.** |
| **8.**                **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | The presumption of abuse does not arise. |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 6/8/21** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 4/30/21** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 12/13/17** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**                                                          page **2**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Brian D. Matson  
Angela M. Matson  
    Debtors

Case No. 17-22468-GLT  
Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dpas | Page 1 of 4 |
| Date Rcvd: Feb 19, 2021 | Form ID: 309B | Total Noticed: 49 |

The following symbols are used throughout this certificate:

**Symbol**   **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian D. Matson, Angela M. Matson, 1410 Route 286, Export, PA 15632-1958 |
| aty | + | Adam Bradley Hall, Manley Deas Kochalski, LLC, PO Box 165028, Columbus, OH 43216-5028 |
| aty | + | Brian Nicholas, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| aty | + | Jill Manuel-Coughlin, Powers Kirn, LLC, Eight Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |
| aty | + | Joseph Paul Covelli, Covelli Law Offices, 357 Regis Avenue, Suite #1, Pittsburgh, PA 15236-1451 |
| aty | + | Kaitlin Shire, c/o Hill Wallack, LLP, 777 Township Line Road, Suite 250, Yardley, PA 19067-5565 |
| aty | + | Karina Velter, Manley Deas Kochalski, LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| aty | + | Michael J Shavel, Hill Wallack LLP, 777 Township Line Road, Suite 250, Yardley, PA 19067-5565 |
| aty | | S. James Wallace, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219 |
| aty | + | The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232, UNITED STATES 15232-1700 |
| tr | + | Charles O. Zebley, Jr., P.O. Box 2124, Uniontown, PA 15401-1724 |
| cr | + | PHEPLE FEDERAL CREDIT UNION f/k/a WESTMORELAND COM, 2900 SEMINARY DRIVE, BUILDING G, GREENSBURG, PA 15601-3734 |
| cr | + | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS, ROBERTSON, ANSCHUTZ & SCHNEID, P.L., 6409 Congress Ave., Suite 100, boca raton, FL 33487-2853 |
| 14656426 | ++ | CREDIT PROTECTION ASSOCIATION LP, PARKWAY CENTER V, 2500 DALLAS PARKWAY SUTIE 500, PLANO TX 75093-4805 address filed with court:, Credit Protection Assoc., 13355 Noel Rd., Suite 2100, Dallas, TX 75240 |
| 14707271 | | Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14671255 | + | PennyMac Loan Services, LLC, 6101 Condor Drive, Suite 200, Moorpark, CA 93021-2602 |
| 14656431 | | Pennymac, PO Box 514387, Los Angeles, CA 90051-4387 |
| 14679846 | + | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14656434 | + | Westmoreland Fed Emp FCU, 238 S Pennsylvania Ave., Greensburg, PA 15601-3007 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: mmh@thedebtdoctors.com | Feb 20 2021 03:18:00 | Matthew M. Herron, The Debt Doctors, LLC, d/b/a Herron Business Law, 607 College Street, Suite 101, Pittsburgh, PA 15232 |
| smg | EDI: PENNDEPTREV | Feb 20 2021 03:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 20 2021 03:19:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Feb 20 2021 03:58:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 20 2021 03:19:00 | Pennsylvania Dept. of Revenue, Department |

Case 17-22468-GLT    Doc 156    Filed 02/21/21    Entered 02/22/21 00:37:18    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0315-2 | User: dpas | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 19, 2021 | Form ID: 309B | Total Noticed: 49 |

| | | | |
|---|---|---|---|
| | | | 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + Email/Text: ustpregion03.pi.ecf@usdoj.gov | Feb 20 2021 03:19:00 | Office of the United States Trustee, Liberty Center., 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222-3721 |
| 14656421 | + EDI: AAEO.COM | Feb 20 2021 03:58:00 | Aarons, 5142 Ste. 155 Route 30, Greensburg, PA 15601-7865 |
| 14656424 | Email/Text: ebnnotifications@creditacceptance.com | Feb 20 2021 03:18:00 | Credit Acceptance Corporation, 25505 W. 12 Mile Rd., Southfield, MI 48034 |
| 14656422 | Email/Text: bankruptcy@usecapital.com | Feb 20 2021 03:20:00 | Capital Accounts LLC, PO Box 140065, Nashville, TN 37214-0065 |
| 14656423 | + EDI: CAPITALONE.COM | Feb 20 2021 03:58:00 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14645337 | + Email/Text: ebnnotifications@creditacceptance.com | Feb 20 2021 03:18:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14656425 | Email/PDF: creditonebknotifications@resurgent.com | Feb 20 2021 02:06:32 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14723436 | EDI: DIRECTV.COM | Feb 20 2021 03:58:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14644314 | + Email/Text: bankruptcy@firstenergycorp.com | Feb 20 2021 03:19:00 | First Energy, 800 Cabin Hill Drive, Greensburg, PA 15601-1650 |
| 14656428 | EDI: JEFFERSONCAP.COM | Feb 20 2021 03:58:00 | Jefferson Capital Systems, 16 McLeland Road, Saint Cloud, MN 56303 |
| 14702267 | EDI: JEFFERSONCAP.COM | Feb 20 2021 03:58:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14656429 | + Email/PDF: resurgentbknotifications@resurgent.com | Feb 20 2021 03:39:38 | LVNV Funding, P.O. Box 10497, Greenville, SC 29603-0497 |
| 14699814 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 20 2021 03:45:04 | LVNV Funding, LLC its successors and assigns as, assignee of Bluestem Brands, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14699730 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 20 2021 03:45:04 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14724605 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 20 2021 03:39:36 | LVNV Funding, LLC its successors and assigns as, assignee of Sears National Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14699732 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 20 2021 03:45:11 | LVNV Funding, LLC its successors and assigns as, assignee of Windstream Communications,, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14699723 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 20 2021 03:39:37 | LVNV Funding, LLC its successors and assigns as, assignee of North Star Capital, Acquisition LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14656430 | + EDI: MID8.COM | Feb 20 2021 03:58:00 | Midland Funding LLC, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 14714916 | + EDI: MID8.COM | Feb 20 2021 03:58:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14686921 | Email/Text: pconley@westmorelandfcu.org | Feb 20 2021 03:20:47 | WESTMORELAND COMMUNITY FEDERAL CREDIT UNION, 230 THEOBOLD AVENUE, GREENSBURG, PA 15601 |
| 14699780 | EDI: PRA.COM | | |

| District/off: 0315-2 | User: dpas | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 19, 2021 | Form ID: 309B | Total Noticed: 49 |

| | | | |
|---|---|---|---|
| | | Feb 20 2021 03:58:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14699480 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 20 2021 03:53:47 | Pinnacle Credit Services, LLC its successors and, assigns as assignee of Cellco, Partnership d/b/a Verizon Wireless, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14689567 | EDI: AIS.COM | Feb 20 2021 03:58:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14716307 | + Email/Text: bankruptcy@firstenergycorp.com | Feb 20 2021 03:19:00 | West Penn Power, 5001 NASA Blvd, Fairmont, WV 26554-8248 |
| 14656432 | Email/Text: bankruptcy@firstenergycorp.com | Feb 20 2021 03:19:00 | West Penn Power, 1310 Fairmont Avenue, Fairmont, WV 26554-3526 |

TOTAL: 30

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PennyMac Loan Services, LLC |
| cr | | WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS |
| cr | | Wilmington Trust, National Association |
| aty | * | S. James Wallace, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219 |
| cr | * | Fay Servicing LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14656427 | *+ | First Energy, 800 Cabin Hill Drive, Greensburg, PA 15601-1650 |
| 14656433 | *P++ | PHEPLE FEDERAL CREDIT UNION, 2900 SEMINARY DRIVE, BUILDING G, GREENSBURG PA 15601-3734, address filed with court:, Westmoreland Community FCU, 1007 Georges Station Road, Greensburg, PA 15601 |
| 14656435 | *+ | Westmoreland Fed. Emp. FCU, 238 S Pennsylvania Ave., Greensburg, PA 15601-3007 |

TOTAL: 3 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2021        Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor WILMINGTON TRUST  NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2014-2 amps@manleydeas.com |
| Brian Nicholas | on behalf of Creditor WILMINGTON TRUST  NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2014-2 bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor WILMINGTON TRUST  NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2014-2 C/O FAY SERVICING LLC bnicholas@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: dpas | Page 4 of 4 |
| Date Rcvd: Feb 19, 2021 | Form ID: 309B | Total Noticed: 49 |

Charles O. Zebley, Jr.
    COZ@Zeblaw.com  PA67@ecfcbis.com;Lyndie@Zeblaw.com

Jill Manuel-Coughlin
    on behalf of Creditor PennyMac Loan Services  LLC bankruptcy@powerskirn.com

Joseph Paul Covelli
    on behalf of Creditor PHEPLE FEDERAL CREDIT UNION f/k/a WESTMORELAND COMMUNITY FEDERAL CREDIT UNION covellilawoffices@yahoo.com

Kaitlin Shire
    on behalf of Creditor Fay Servicing LLC kshire@hillwallack.com skenny@HillWallack.com;lharkins@hillwallck.com;hwbknj@hillwallack.com

Karina Velter
    on behalf of Creditor Wilmington Trust  National Association amps@manleydeas.com

Matthew M. Herron
    on behalf of Joint Debtor Angela M. Matson mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Matthew M. Herron
    on behalf of Debtor Brian D. Matson mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Matthew M. Herron
    on behalf of Attorney The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Michael J Shavel
    on behalf of Creditor Wilmington Trust  National Association mshavel@hillwallack.com, skenny@hillwallack.com;lharkins@hillwallack.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

S. James Wallace
    on behalf of Creditor Peoples TWP LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 16