**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| Brian D. Matson and | ) | Bankruptcy No.: 17-22468-GLT |
| Angela M. Matson, | ) | Chapter 7 |
| Debtors. | ) | |
| | ) | Dkt. No.: |
| Brian D. Matson and | ) | |
| Angela M. Matson, | ) | Response Deadline: |
| Movants, | ) | Hearing Date & Time: |
| | ) | |
| vs. | ) | |
| | ) | |
| Aarons | ) | |
| Capital Accounts, LLC | ) | |
| Capital One | ) | |
| Credit Acceptance | ) | |
| Credit Acceptance Corporation | ) | |
| Credit One Bank | ) | |
| Credit Protection Assoc. | ) | |
| Directv, LLC | ) | |
| by American InfoSource, LP as agent | ) | |
| Fay Servicing, LLC | ) | |
| First Energy | ) | |
| Jefferson Capital Systems, LLC | ) | |
| LVNV Funding | ) | |
| LVNV Funding, LLC its successors and | ) | |
| assigns as assignee of Sears National Bank | ) | |
| LVNV Funding, LLC its successors and | ) | |
| assigns as assignee of Arrow Financial | ) | |
| Services, LLC | ) | |
| LVNV Funding, LLC its successors and | ) | |
| assigns as assignee of North Star Capital | ) | |
| Acquisition, LLC | ) | |
| LVNV Funding, LLC its successors and | ) | |
| assigns as assignee of Windstream | ) | |
| Communications, Inc. | ) | |
| LVNV Funding, LLC its successors and | ) | |
| assigns as assignee of Bluestem Brands, Inc. | ) | |
| Midland Funding, LLC | ) | |
| Pennymac | ) | |
| PennyMac Loan Services, LLC | ) | |
| Peoples Gas Company, LLC | ) | |
| Pinnacle Credit Services, LLC its successors | ) | |
| and assigns as assignee of Cellco | ) | |
| Partnership d/b/a Verizon Wireless | ) | |
| Portfolio Recovery Associates, LLC | ) | |

{W0562885.1 }

| | |
|---|---|
| Verizon | ) |
| by American InfoSource, LP as agent | ) |
| West Penn Power | ) |
| Westmoreland Community FCU | ) |
| Westmoreland Fed. Emp. FCU | ) |
| The United States Trustee and | ) |
| Ronda J. Winnecour, Esq., Ch. 13 Trustee, | ) |
|          Respondents. | ) |

## CERTIFICATE OF SERVICE

I, Heather Seitz, Paralegal, of The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232 certify as follows:

That I am and at all times hereinafter mentioned more than 18 years of age:

That on the 22nd day of February 2021

I served a copy of:    **ORDER GRANTING MOTION TO CONVERT CHAPTER 13 CASE TO CHAPTER 7**

RE:    Brian D. Matson                    Case No.: 17-22468-GLT
       Angela M. Matson              Chapter 7

ON:    ALL PARTIES ON THE ATTACHED MAILING MATRIX and:

            Westmoreland County
            Attn: Payroll Manager
            2 North Main Street
            Greensburg, PA 15601

BY:    Electronic Notice

I certify under the penalty of perjury that the foregoing is true and correct.

Date:   February 22, 2021                  /s/ *Heather Seitz*____
                                     Heather Seitz, Paralegal
                                     The Debt Doctors, LLC
                                     607 College Street, Suite 101
                                     Pittsburgh, PA 15232
                                     (412) 395-6001

{W0562885.1 }

Case Number:  17-22468-GLT

17-22468-GLT|Fay Servicing LLC |PO Box 814609|Dallas, TX 75381-4609 ||||
17-22468-GLT|PHEPLE FEDERAL CREDIT UNION f/k/a WESTMORELA|2900 SEMINARY DRIVE|BUILDING G|GREENSBURG, PA 15601-3734|||
17-22468-GLT|PennyMac Loan Services, LLC | |||||undeliverable
17-22468-GLT|Peoples Gas Company LLC, f/k/a Peoples TWP L|c/o S. James Wallace, P.C.|845 N. Lincoln Ave.|Pittsburgh, PA 15233-1828|||
17-22468-GLT|Peoples TWP LLC |c/o S. James Wallace, P.C.|845 N. Lincoln Ave.|Pittsburgh, PA 15233-1828|||
17-22468-GLT|The Debt Doctors, LLC |607 College Street|Suite 101|Pittsburgh, PA 15232-1700|||
17-22468-GLT|WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT | |||||undeliverable
17-22468-GLT|WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT |ROBERTSON, ANSCHUTZ & SCHNEID, P.L.|6409 Congress Ave., Suite 100|boca raton, FL 33487-2853|||
17-22468-GLT|Wilmington Trust, National Association | |||||undeliverable
17-22468-GLT|2|U.S. Bankruptcy Court|5414 U.S. Steel Tower|600 Grant Street|Pittsburgh, PA 15219-2703||
17-22468-GLT|Aarons |5142 Ste. 155 Route 30|Greensburg, PA 15601-7865| |||
17-22468-GLT|Capital Accounts LLC |PO Box 140065|Nashville, TN 37214-0065| |||
17-22468-GLT|Capital One |P.O. Box 30285|Salt Lake City, UT 84130-0285| |||
17-22468-GLT|Credit Acceptance |25505 West Twelve Mile Rd|Suite 3000|Southfield MI 48034-8331| ||
17-22468-GLT|CREDIT ACCEPTANCE CORPORATION|25505 WEST 12 MILE ROAD|SOUTHFIELD MI 48034-8316||||preferred
17-22468-GLT|Credit One Bank |P.O. Box 98873|Las Vegas, NV 89193-8873| |||
17-22468-GLT|CREDIT PROTECTION ASSOCIATION LP|PARKWAY CENTER V|2500 DALLAS PARKWAY SUTIE 500|PLANO TX 75093-4805|||preferred
17-22468-GLT|Directv, LLC |by American InfoSource LP as agent|PO Box 5008|Carol Stream, IL  60197-5008| ||
17-22468-GLT|Fay Servicing, LLC |PO Box 814609|Dallas, TX 75381-4609| |||duplicate
17-22468-GLT|First Energy |800 Cabin Hill Drive|Greensburg, PA 15601-1650| |||
17-22468-GLT|JEFFERSON CAPITAL SYSTEMS LLC|PO BOX 7999|SAINT CLOUD MN 56302-7999||||preferred
17-22468-GLT|JEFFERSON CAPITAL SYSTEMS LLC|PO BOX 7999|SAINT CLOUD MN 56302-7999||||preferred duplicate
17-22468-GLT|LVNV Funding |P.O. Box 10497|Greenville, SC 29603-0497| |||
17-22468-GLT|LVNV Funding, LLC its successors and assigns|assignee of Arrow Financial Services,|LLC|Resurgent Capital Services|PO Box 10587|Greenville, SC 29603-0587 |
17-22468-GLT|LVNV Funding, LLC its successors and assigns|assignee of Bluestem Brands, Inc.|Resurgent Capital Services|PO Box 10587|Greenville, SC 29603-0587| |
17-22468-GLT|LVNV Funding, LLC its successors and assigns|assignee of North Star Capital|Acquisition LLC|Resurgent Capital Services|PO Box 10587|Greenville, SC 29603-0587 |
17-22468-GLT|LVNV Funding, LLC its successors and assigns|assignee of Sears National Bank|Resurgent Capital Services|PO Box 10587|Greenville, SC 29603-0587| |
17-22468-GLT|LVNV Funding, LLC its successors and assigns|assignee of Windstream Communications,|Inc.|Resurgent Capital Services|PO Box 10587|Greenville, SC 29603-0587 |
17-22468-GLT|Midland Funding LLC |8875 Aero Drive, Suite 200|San Diego, CA 92123-2255| |||
17-22468-GLT|Midland Funding LLC |PO Box 2011|Warren, MI 48090-2011| |||
17-22468-GLT|Office of the United States Trustee |Liberty Center.|1001 Liberty Avenue, Suite 970|Pittsburgh, PA 15222-3721|||
17-22468-GLT|PennyMac Loan Services, LLC |6101 Condor Drive, Suite 200|Moorpark, CA 93021-2602| |||
17-22468-GLT|Pennymac |PO Box 514387|Los Angeles, CA 90051-4387| |||
17-22468-GLT|Peoples Gas Company LLC |f/k/a Peoples TWP LLC|c/o S. James Wallace, P.C.|845 N. Lincoln Avenue|Pittsburgh, PA 15233-1828| |
17-22468-GLT|Pinnacle Credit Services, LLC its successors|assigns as assignee of Cellco|Partnership d/b/a Verizon Wireless|Resurgent Capital Services|PO Box 10587|Greenville, SC 29603-0587 |
17-22468-GLT|PORTFOLIO RECOVERY ASSOCIATES LLC|PO BOX 41067|NORFOLK VA 23541-1067||||preferred
17-22468-GLT|Verizon |by American InfoSource LP as agent|PO Box 248838|Oklahoma City, OK  73124-8838| ||
17-22468-GLT|WESTMORELAND COMMUNITY FEDERAL CREDIT UNION |230 THEOBOLD AVENUE|GREENSBURG, PA 15601-5536| |||
17-22468-GLT|West Penn Power |1310 Fairmont Avenue|Fairmont, WV 26554-3526| |||
17-22468-GLT|West Penn Power |5001 NASA Blvd|Fairmont, WV 26554-8248| |||

{W0562885.1 }

17-22468-GLT|PHEPLE FEDERAL CREDIT UNION|2900 SEMINARY DRIVE|BUILDING G|GREENSBURG PA 15601-3734|||preferred

17-22468-GLT|Westmoreland Fed Emp FCU |238 S Pennsylvania Ave.|Greensburg, PA 15601-3007| |||

17-22468-GLT|Westmoreland Fed. Emp. FCU |238 S Pennsylvania Ave.|Greensburg, PA 15601-3007| |||duplicate

17-22468-GLT|Angela M. Matson |1410 Route 286|Export, PA 15632-1958||||

17-22468-GLT|Brian D. Matson |1410 Route 286|Export, PA 15632-1958||||

17-22468-GLT|Charles O. Zebley Jr.|P.O. Box 2124|Uniontown, PA 15401-1724||||

17-22468-GLT|Matthew M. Herron |The Debt Doctors, LLC|d/b/a Herron Business Law|607 College Street, Suite 101|Pittsburgh, PA 15232-1700||

{W0562885.1 }