**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>BRIAN D. MATSON<br>ANGELA M. MATSON<br>    Debtor(s)<br><br>Ronda J. Winnecour<br>    Movant<br>    vs.<br>No Respondents. | Case No.:17-22468 GLT<br><br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/16/2017 and confirmed on 09/27/2017. The case was subsequently     (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 66,603.88 |
| Less Refunds to Debtor | 1,369.52 | |
| TOTAL AMOUNT OF PLAN FUND | | 65,234.36 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 5,151.73 | |
|     Trustee Fee | 3,301.09 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,452.82 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|     FAY FINANCIAL(*)<br>        Acct: 2049 | 0.00 | 0.00 | 0.00 | 0.00 |
|     WILMINGTON TRUST NA - TRUSTEE MFRA<br>        Acct: 2049 | 0.00 | 15,378.94 | 0.00 | 15,378.94 |
|     FAY FINANCIAL(*)<br>        Acct: 2049 | 0.00 | 0.00 | 0.00 | 0.00 |
|     WESTMORELAND COMMUNITY FCU**<br>        Acct: 5300 | 2,892.19 | 0.00 | 0.00 | 0.00 |
|     WESTMORELAND COMMUNITY FCU**<br>        Acct: 5300 | 1,515.09 | 0.00 | 0.00 | 0.00 |
|     CREDIT ACCEPTANCE CORP*<br>        Acct: 2697 | 9,473.17 | 4,783.43 | 1,346.46 | 6,129.89 |
|     WESTMORELAND COMMUNITY FCU**<br>        Acct: 7530 | 11,706.20 | 5,505.59 | 1,895.86 | 7,401.45 |
|     FAY FINANCIAL(*)<br>        Acct: 2049 | 12,177.23 | 12,177.23 | 0.00 | 12,177.23 |
|     FAY FINANCIAL(*)<br>        Acct: 2049 | 14,312.30 | 14,312.30 | 0.00 | 14,312.30 |

| 17-22468 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| | | | | 55,399.81 |
| **Priority** | | | | |
| MATTHEW M HERRON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIAN D. MATSON | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIAN D. MATSON | 1,369.52 | 1,369.52 | 0.00 | 0.00 |
| Acct: | | | | |
| THE DEBT DOCTORS AT QUATRINI RAFFEI | 2,259.63 | 2,259.63 | 0.00 | 0.00 |
| Acct: | | | | |
| THE DEBT DOCTORS AT QUATRINI RAFFEI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| THE DEBT DOCTORS AT QUATRINI RAFFEI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| THE DEBT DOCTORS LLC | 1,350.37 | 1,065.30 | 0.00 | 0.00 |
| Acct: | | | | |
| THE DEBT DOCTORS LLC | 4,962.28 | 1,826.80 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX5-18 | | | | |
| THE DEBT DOCTORS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 1,381.73 | 0.00 | 1,381.73 |
| Acct: 0137 | | | | |
| | | | | 1,381.73 |
| **Unsecured** | | | | |
| PEOPLES NATURAL GAS CO LLC* | 699.53 | 0.00 | 0.00 | 0.00 |
| Acct: 4169 | | | | |
| AARONS INC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAPITAL ACCOUNTS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1940 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | 454.10 | 0.00 | 0.00 | 0.00 |
| Acct: 4092 | | | | |
| CREDIT ONE BANK | 705.90 | 0.00 | 0.00 | 0.00 |
| Acct: 5475 | | | | |
| CREDIT PROTECTION ASSOC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDIT PROTECTION ASSOC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2266 | | | | |
| CREDIT PROTECTION ASSOC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3891 | | | | |
| CREDIT PROTECTION ASSOC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7211 | | | | |
| WEST PENN POWER* | 1,963.53 | 0.00 | 0.00 | 0.00 |
| Acct: 3905 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 778.66 | 0.00 | 0.00 | 0.00 |
| Acct: 7678 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 585.16 | 0.00 | 0.00 | 0.00 |
| Acct: 3189 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 191.43 | 0.00 | 0.00 | 0.00 |
| Acct: 2964 | | | | |
| WESTMORELAND COMMUNITY FCU** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6839 | | | | |
| WESTMORELAND FEDERAL EMPLOYEES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WESTMORELAND COMMUNITY FCU** | 5,756.20 | 0.00 | 0.00 | 0.00 |
| Acct: 5300 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR V | 703.88 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |

| 17-22468 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|     PINNACLE CREDIT SERVICES LLC - ASSIG | 1,531.18 | 0.00 | 0.00 | 0.00 |
|         Acct: 0001 | | | | |
|     LVNV FUNDING LLC, ASSIGNEE | 522.52 | 0.00 | 0.00 | 0.00 |
|         Acct: 8657 | | | | |
|     LVNV FUNDING LLC, ASSIGNEE | 503.92 | 0.00 | 0.00 | 0.00 |
|         Acct: 2025 | | | | |
|     AMERICAN INFOSOURCE LP - AGENT DIRE | 882.68 | 0.00 | 0.00 | 0.00 |
|         Acct: 2156 | | | | |
|     LVNV FUNDING LLC, ASSIGNEE | 423.99 | 0.00 | 0.00 | 0.00 |
|         Acct: 8830 | | | | |
|     JILL MANUEL-COUGHLIN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |
|     BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |
|     KARINA VELTER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |
|     COVELLI LAW OFFICES | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |
|     MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |
|     WEST PENN POWER* | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |

\* \* \* N O N E \* \* \*

| TOTAL PAID TO CREDITORS | | 56,781.54 |
|---|---|---|

TOTAL CLAIMED
| PRIORITY | 0.00 |
|---|---|
| SECURED | 52,076.18 |
| UNSECURED | 15.702.68 |

Date: 02/23/2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com