Case 17-22468-GLT    Doc 172    Filed 04/08/21    Entered 04/08/21 14:50:36    Desc Main
Document    Page 1 of 1
FILED
4/8/21 12:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 17-22468-GLT |
| | : | Chapter: | 7 |
| Brian D. Matson | : | | |
| Angela M. Matson | : | | |
| | : | Date: | 4/8/2021 |
| *Debtor(s).* | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER:**  #164 - Motion for Relief from Stay Filed by Wilmington Trust NA
#169 - Response filed by Debtor

**APPEARANCES**:
Debtor:    Amy Buchanan
Wilmington:    Kaitlan Shire

**NOTES:**

Shire:  The parties are requesting a two-week continuance.  The Debtor is requesting a reinstatement figure.

Buchanan:  Our clients would like to know the amount needed to reinstate.  They have income tax refunds, stimulus payments, and assistance from family members who will help with the payment.

Shire:  I want to make clear that even if the loan is reinstated, my client is not prepared to withdraw the motion.  We sought relief based on a lack of equity, not a lack of adequate protection.

**OUTCOME:**

1. The *Motion of Wilmington Trust, National Association, not in its individual capacity, but solely as Trustee for MFRA Trust 2014-2 for Relief from the Automatic Stay Provisions of 11 U.S.C. 362(a) to Permit Movant to Commence or Continue Foreclosure Proceedings on 1410 Route 286 Export, PA* [Dkt. No. 164] is continued to April 29, 2021 at 10 a.m.

**DATED:**  4/8/2021