FILED
4/30/21 1:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 17-22468-GLT |
| | : | Chapter: | 7 |
| Brian D. Matson | : | | |
| Angela M. Matson | : | | |
| | : | Date: | 4/29/2021 |
| *Debtor(s).* | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER:**   #164 - Continued Hearing on Motion for Relief from Stay Filed by Wilmington Trust NA
              #169 - Response filed by Debtor

**APPEARANCES**:

   Debtor:        Amy Buchanan
   Wilmington:    Kaitlan Shire

**NOTES:** (10:09)

Shire: The reinstatement figures were provided to the debtors last week and we have not received a payment. I'm not sure of the debtors' intention.

Buchanan: The reinstatement amount is more than what they had estimated, and they don't believe they can pay it so we don't have a defense to the requested relief.

Court: I will grant the motion.

**OUTCOME:**

1. Wilmington Trust NA's *Continued Hearing on Motion for Relief from Stay* [Dkt. No. 164] is GRANTED [DB to issue proposed order at Dkt. No. 164-1]

**DATED:** 4/29/2021