## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
## (PITTSBURGH)

| | |
|---|---|
| IN RE:<br>**Brian D. Matson**<br>**Angela M. Matson**<br>    Debtor<br>**WILMINGTON TRUST, NATIONAL**<br>**ASSOCIATION, NOT IN ITS INDIVIDUAL**<br>**CAPACITY, BUT SOLELY AS TRUSTEE FOR**<br>**MFRA TRUST 2014-2**<br>    Movant<br>v.<br>**Brian D. Matson**<br>**Angela M. Matson**<br>    Respondent | CHAPTER 13<br><br>CASE NO.: 17-22468-GLT |

## CERTIFICATE OF SERVICE

I hereby certify that service was made upon all interested parties indicated below of (i) Modified Order Granting

Motion for Relief of WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY,

BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2014-2:

Date Served (ECF) or Mailed:  May 3, 2021

Brian D. Matson
1410 Route 286
Export, PA 15632

Angela M. Matson
1410 Route 286
Export, PA 15632
**Debtors**
**Via Regular Mail**

Matthew M. Herron
The Debt Doctors, LLC
d/b/a Herron Business Law
607 College Street, Suite 101
Pittsburgh, PA 15232
**Debtor's Counsel**
**Via ECF**

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
*Chapter 13 Trustee*
*Via ECF*

*U.S. Trustee*
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
**U.S. Trustee**
**Via ECF**

*/s/ Kaitlin D. Shire*
**Kaitlin D. Shire, Esq., Atty ID 324226**
Hill Wallack LLP
777 Township Line Road, Suite 250
Yardley, PA  19067
215-579-7700
kshire@hillwallack.com

{08860927; 1}