Certificate Number: 15317-PAW-DE-035727863

Bankruptcy Case Number: 17-22468



15317-PAW-DE-035727863

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 3, 2021, at 9:28 o'clock AM PDT, Brian D Matson completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   June 3, 2021                By:   /s/Lea Sorino

                                    Name:   Lea Sorino

                                    Title:   Counselor