## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE: | : |
| | :     Case No. 17-22468-GLT |
| BRIAN D. MATSON AND | : |
| ANGELA M. MATSON, | :     Chapter 7 |
| | : |
|      Debtors | : |
| PHEPLE FEDERAL CREDIT UNION f/k/a | : |
| WESTMORELAND COMMUNITY | : |
| FEDERAL CREDIT UNION, | : |
| | : |
|     Movant , | : |
| | : |
| vs. | : |
| | : |
| BRIAN D. MATSON AND | : |
| ANGELA M. MATSON, | : |
| | : |
|      Respondents/Debtors. | : |

## CERTIFICATION OF NO OBJECTION REGARDING
## MOTION FOR RELIEF FROM STAY

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief From Stay filed on May 13, 2021, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion for Relief From Stay appears thereon. Pursuant to the Notice of Hearing, objections to the Motion for Relief From Stay were to be filed and served no later than June 1, 2021.  It is hereby respectfully requested that the Order attached to the Motion for Relief From Stay be entered by the Court.

Dated:  June 4, 2021

By:    */s/ Ann E. L. Shapiro, Esquire*
       Ann E. L. Shapiro, Esquire
       PA ID #35166
       Attorney for Pheple Federal Credit Union, Movant

       COVELLI & PISCIONE LAW OFFICES, P.C.
       357 Regis Avenue, Suite 1
       Pittsburgh, PA  15236
       (412) 653-5000
       info@covellilaw.com