FILED
6/7/21 10:17 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | Case No. 17-22468-GLT |
| : | |
| BRIAN D. MATSON and : | |
| ANGELA M. MATSON, : | |
| : | Chapter 7 |
| Debtors : | |
| PHEPLE FEDERAL CREDIT UNION f/k/a : | |
| WESTMORELAND COMMUNITY : | |
| FEDERAL CREDIT UNION, : | |
| : | Related to Docket No. 177 |
| Movant, : | |
| : | |
| vs. : | |
| : | |
| BRIAN D. MATSON and : | |
| ANGELA M. MATSON, : | |
| : | |
| Respondents/Debtors. : | |

### ORDER OF COURT

AND NOW, to wit this 7th Day of June, 2021, it is hereby

ORDERED, ADJUDGED AND DECREED, that Movant, PHEPLE FEDERAL CREDIT UNION

f/k/a WESTMORELAND COMMUNITY FEDERAL CREDIT UNION is granted Relief from

the Automatic Stay Order imposed by virtue of 11 U.S.C. §362 to enforce its secured interest in

the 2010 Dodge Grand Caravan, V.I.N. 2D4RN3012AR389750.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                         Case No. 17-22468-GLT

Brian D. Matson                                                                                                Chapter 7

Angela M. Matson

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2            User: dpas            Page 1 of 2

Date Rcvd: Jun 07, 2021            Form ID: pdf900            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian D. Matson, Angela M. Matson, 1410 Route 286, Export, PA 15632-1958 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2021            Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor WILMINGTON TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2014-2 amps@manleydeas.com |
| Brian Nicholas | on behalf of Creditor WILMINGTON TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2014-2 bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor WILMINGTON TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2014-2 C/O FAY SERVICING LLC bnicholas@kmllawgroup.com |
| Charles O. Zebley, Jr. | COZ@Zeblaw.com PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Charles O. Zebley, Jr. | on behalf of Trustee Charles O. Zebley Jr. COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com |

Case 17-22468-GLT    Doc 187    Filed 06/09/21    Entered 06/10/21 00:38:44    Desc
Imaged Certificate of Notice    Page 3 of 3

| District/off: 0315-2 | User: dpas | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 07, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Jill Manuel-Coughlin
    on behalf of Creditor PennyMac Loan Services LLC bankruptcy@powerskirn.com

Joseph Paul Covelli
    on behalf of Creditor PHEPLE FEDERAL CREDIT UNION f/k/a WESTMORELAND COMMUNITY FEDERAL CREDIT UNION covellilawoffices@yahoo.com

Kaitlin Shire
    on behalf of Creditor Fay Servicing LLC kshire@hillwallack.com lharkins@hillwallack.com;hwbknj@hillwallack.com

Kaitlin Shire
    on behalf of Creditor WILMINGTON TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2014-2 kshire@hillwallack.com, lharkins@hillwallack.com;hwbknj@hillwallack.com

Matthew M. Herron
    on behalf of Joint Debtor Angela M. Matson mmh@thedebtdoctors.com hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Matthew M. Herron
    on behalf of Attorney The Debt Doctors LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Matthew M. Herron
    on behalf of Debtor Brian D. Matson mmh@thedebtdoctors.com hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Michael J Shavel
    on behalf of Creditor Wilmington Trust National Association mshavel@hillwallack.com, ldejesus@hillwallack.com;lharkins@hillwallack.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

S. James Wallace
    on behalf of Creditor Peoples Gas Company LLC f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

S. James Wallace
    on behalf of Creditor Peoples TWP LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Stephen Russell Franks
    on behalf of Creditor Wilmington Trust National Association amps@manleydeas.com

TOTAL: 18