**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Brian D. Matson** | Social Security number or ITIN   xxx–xx–1884 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 | **Angela M. Matson** | Social Security number or ITIN   xxx–xx–2048 |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **17–22468–GLT**

# Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Brian D. Matson                                         Angela M. Matson

<u>6/23/21</u>                                          **By the court:**   <u>Gregory L. Taddonio</u>
                                                                    United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Brian D. Matson  
Angela M. Matson  
    Debtors

Case No. 17-22468-GLT  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: admin      Page 1 of 4  
Date Rcvd: Jun 23, 2021      Form ID: 318      Total Noticed: 39

The following symbols are used throughout this certificate:  
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian D. Matson, Angela M. Matson, 1410 Route 286, Export, PA 15632-1958 |
| aty | + | The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232, UNITED STATES 15232-1700 |
| cr | + | PHEPLE FEDERAL CREDIT UNION f/k/a WESTMORELAND COM, 2900 SEMINARY DRIVE, BUILDING G, GREENSBURG, PA 15601-3734 |
| cr | + | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS, ROBERTSON, ANSCHUTZ & SCHNEID, P.L., 6409 Congress Ave., Suite 100, boca raton, FL 33487-2853 |
| 14656426 | ++ | CREDIT PROTECTION ASSOCIATION LP, PARKWAY CENTER V, 2500 DALLAS PARKWAY SUTIE 500, PLANO TX 75093-4805 address filed with court:, Credit Protection Assoc., 13355 Noel Rd., Suite 2100, Dallas, TX 75240 |
| 14707271 | | Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14671255 | + | PennyMac Loan Services, LLC, 6101 Condor Drive, Suite 200, Moorpark, CA 93021-2602 |
| 14656431 | | Pennymac, PO Box 514387, Los Angeles, CA 90051-4387 |
| 14679846 | + | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15366804 | + | Pheple Federal Credit Union f/k/a, Westmoreland Community FCU, 2900 Seminary Drive, Bldg. G, Greensburg, PA 15601-3734 |
| 14656434 | + | Westmoreland Fed Emp FCU, 238 S Pennsylvania Ave., Greensburg, PA 15601-3007 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Jun 24 2021 03:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 23 2021 23:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Jun 24 2021 03:23:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 23 2021 23:28:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 14656421 | + EDI: AAEO.COM | Jun 24 2021 03:23:00 | Aarons, 5142 Ste. 155 Route 30, Greensburg, PA 15601-7865 |
| 14656424 | Email/Text: ebnnotifications@creditacceptance.com | Jun 23 2021 23:27:00 | Credit Acceptance Corporation, 25505 W. 12 Mile Rd., Southfield, MI 48034 |
| 14656422 | Email/Text: bankruptcy@usecapital.com | Jun 23 2021 23:29:00 | Capital Accounts LLC, PO Box 140065, Nashville, TN 37214-0065 |
| 14656423 | + EDI: CAPITALONE.COM | Jun 24 2021 03:23:00 | Capital One, P.O. Box 30285, Salt Lake City, UT |

Case 17-22468-GLT   Doc 189   Filed 06/25/21   Entered 06/26/21 00:29:58   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 23, 2021 | Form ID: 318 | Total Noticed: 39 |

| | | | | |
|---|---|---|---|---|
| | | | | 84130-0285 |
| 14645337 | + | Email/Text: ebnnotifications@creditacceptance.com | Jun 23 2021 23:27:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14656425 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 23 2021 23:44:47 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14723436 | | EDI: DIRECTV.COM | Jun 24 2021 03:23:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14644314 | + | Email/Text: bankruptcy@firstenergycorp.com | Jun 23 2021 23:28:00 | First Energy, 800 Cabin Hill Drive, Greensburg, PA 15601-1650 |
| 14656428 | | EDI: JEFFERSONCAP.COM | Jun 24 2021 03:23:00 | Jefferson Capital Systems, 16 McLeland Road, Saint Cloud, MN 56303 |
| 14702267 | | EDI: JEFFERSONCAP.COM | Jun 24 2021 03:23:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14656429 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 23 2021 23:44:48 | LVNV Funding, P.O. Box 10497, Greenville, SC 29603-0497 |
| 14699814 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 23 2021 23:44:48 | LVNV Funding, LLC its successors and assigns as, assignee of Bluestem Brands, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14699730 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 23 2021 23:44:48 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14724605 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 23 2021 23:44:48 | LVNV Funding, LLC its successors and assigns as, assignee of Sears National Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14699732 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 23 2021 23:45:06 | LVNV Funding, LLC its successors and assigns as, assignee of Windstream Communications,, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14699723 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 23 2021 23:44:49 | LVNV Funding, LLC its successors and assigns as, assignee of North Star Capital, Acquisition LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14656430 | + | EDI: MID8.COM | Jun 24 2021 03:23:00 | Midland Funding LLC, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 14714916 | + | EDI: MID8.COM | Jun 24 2021 03:23:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14686921 | | Email/Text: pconley@westmorelandfcu.org | Jun 23 2021 23:28:00 | WESTMORELAND COMMUNITY FEDERAL CREDIT UNION, 230 THEOBOLD AVENUE, GREENSBURG, PA 15601 |
| 14699780 | | EDI: PRA.COM | Jun 24 2021 03:23:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14699480 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 23 2021 23:44:48 | Pinnacle Credit Services, LLC its successors and, assigns as assignee of Cellco, Partnership d/b/a Verizon Wireless, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14689567 | | EDI: AIS.COM | Jun 24 2021 03:23:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14716307 | + | Email/Text: bankruptcy@firstenergycorp.com | Jun 23 2021 23:28:00 | West Penn Power, 5001 NASA Blvd, Fairmont, WV 26554-8248 |
| 14656432 | | Email/Text: bankruptcy@firstenergycorp.com | Jun 23 2021 23:28:00 | West Penn Power, 1310 Fairmont Avenue, Fairmont, WV 26554-3526 |

TOTAL: 28

District/off: 0315-2 | User: admin | Page 3 of 4
Date Rcvd: Jun 23, 2021 | Form ID: 318 | Total Noticed: 39

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PennyMac Loan Services, LLC |
| cr | | WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS |
| cr | | Wilmington Trust, National Association |
| cr | * | Fay Servicing LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14656427 | *+ | First Energy, 800 Cabin Hill Drive, Greensburg, PA 15601-1650 |
| 14656433 | *P++ | PHEPLE FEDERAL CREDIT UNION, 2900 SEMINARY DRIVE, BUILDING G, GREENSBURG PA 15601-3734, address filed with court:, Westmoreland Community FCU, 1007 Georges Station Road, Greensburg, PA 15601 |
| 14656435 | *+ | Westmoreland Fed. Emp. FCU, 238 S Pennsylvania Ave., Greensburg, PA 15601-3007 |

TOTAL: 3 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2021        Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor WILMINGTON TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2014-2 amps@manleydeas.com |
| Brian Nicholas | on behalf of Creditor WILMINGTON TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2014-2 bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor WILMINGTON TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2014-2 C/O FAY SERVICING LLC bnicholas@kmllawgroup.com |
| Charles O. Zebley, Jr. | on behalf of Trustee Charles O. Zebley Jr. COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Charles O. Zebley, Jr. | COZ@Zeblaw.com PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Jill Manuel-Coughlin | on behalf of Creditor PennyMac Loan Services LLC bankruptcy@powerskirn.com |
| Joseph Paul Covelli | on behalf of Creditor PHEPLE FEDERAL CREDIT UNION f/k/a WESTMORELAND COMMUNITY FEDERAL CREDIT UNION covellilawoffices@yahoo.com |
| Kaitlin Shire | on behalf of Creditor Fay Servicing LLC kshire@hillwallack.com lharkins@hillwallack.com;hwbknj@hillwallack.com |
| Kaitlin Shire | on behalf of Creditor WILMINGTON TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2014-2 kshire@hillwallack.com, lharkins@hillwallack.com;hwbknj@hillwallack.com |
| Matthew M. Herron | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Jun 23, 2021 | Form ID: 318 | Total Noticed: 39 |

on behalf of Debtor Brian D. Matson mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Matthew M. Herron

on behalf of Joint Debtor Angela M. Matson mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Matthew M. Herron

on behalf of Attorney The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Michael J Shavel

on behalf of Creditor Wilmington Trust  National Association mshavel@hillwallack.com, ldejesus@hillwallack.com;lharkins@hillwallack.com

Natalie N. Piscione

on behalf of Creditor PHEPLE FEDERAL CREDIT UNION f/k/a WESTMORELAND COMMUNITY FEDERAL CREDIT UNION covellilawoffices@yahoo.com  ndantonio@covellilaw.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

S. James Wallace

on behalf of Creditor Peoples TWP LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

S. James Wallace

on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

Stephen Russell Franks

on behalf of Creditor Wilmington Trust  National Association amps@manleydeas.com

TOTAL: 18